UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR457 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| KEITH HUGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED US DISTRICT COURT DISTRICT OF NEBRASKA MAY - 1 2009 OFFICE OF THE CLERK

NOW ON THIS ___1___ day of May, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 20, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Ruger .357 revolver, serial number 172-65085, and a Marlin Glenfeld .22 caliber rifle, serial number 18430553., was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on March 2, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on May 1, 2009 (Filing No. 23).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Ruger .357 revolver, serial number 172-65085, and a Marlin Glenfeld .22 caliber rifle, serial number 18430553, held by any person or entity, is hereby forever barred and foreclosed.

C. The Ruger .357 revolver, serial number 172-65085, and a Marlin Glenfeld .22 caliber rifle, serial number 18430553, be, and the same hereby are, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this ___/___ day of May, 2009

BY THE COURT:

_____
JOSEPH F. BATAILLON, CHIEF JUDGE
United States District Court